IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BYRON WALLACE                                                                                          PLAINTIFF

v.                                          Case No. 6:22-cv-6043

DR. GUY HENRY, *et al.*                                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 13, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 11. Judge Bryant recommends that Plaintiff's official capacity claim for denial of medical care against Dr. Guy Henry remain for service and further review. Judge Bryant further recommends that all other Defendants be dismissed from this case. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's official capacity claim against Dr. Guy Henry for denial of medical care remains for service and further review by Judge Bryant. All claims against the remaining Defendants are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of July, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge